UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELIUS V. LEE,<br><br>            Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>            Defendant. | Case No.21-cv-03939-NC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 5 |

Plaintiff, a prisoner at High Desert State Prison in Susanville, California ("HDSP"), sent a letter to the Honorable Judge Wilken regarding a denial of medical treatment at HDSP. *See* Dkt. No. 1. In an effort to protect Plaintiff's rights, the Clerk of the Court opened a new matter regarding the alleged denial of medical treatment. That same day, the Clerk sent Plaintiff a notice that Plaintiff needed to file a formal complaint in order to pursue this matter. *See* Dkt. No. 2.

In response, Plaintiff filed a letter stating that "[t]here must be some mistake, because [Plaintiff] never filed a complaint or petition," and further stating that Plaintiff never intended to pursue any legal action in this District. *See* Dkt. No. 5. Plaintiff asked the Court to "please correct this error." *Id*.

Because Plaintiff never intended to initiate a civil action in this District, the Court will grant Plaintiff's request and dismiss this matter. No filing fee will be due for this action.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 30, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge